Electronic Document        Mar 20 2026 17:27:13        2026-JP-00306-SCT        Pages: 2

**Serial: 261995**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2026-JP-00306-SCT

*MISSISSIPPI COMMISSION ON JUDICIAL PERFORMANCE*

 *v.*

*JAMES LITTLETON, LEFLORE COUNTY JUDGE*

### EN BANC ORDER

This judicial performance matter is before the en banc Court on the Commission's Recommendation for Interim Suspension by the Mississippi Commission on Judicial Performance for an immediate interim suspension of Leflore County Court Judge James K. Littleton, with pay, from all of his judicial duties as a Leflore County Court Judge pending completion of the Inquiry Concerning a Judge, No. 2026-100, by the Commission and before the Court. Having considered the recommendation and its related documents and the applicable provisions of Miss. Const. art. 6, § 177A, Miss. Code Ann. § 9-9-13 (Rev. 2019), and the Rules of the Mississippi Commission on Judicial Performance, the Court finds that the recommendation should be granted.

IT IS, THEREFORE, ORDERED that Leflore County Court Judge James K. Littleton is hereby immediately suspended, with pay, from all of his judicial duties as a Leflore County Court Judge. This suspension is effective immediately and shall remain in effect pending further order of this Court.

IT IS, FURTHER, ORDERED that the Clerk of this Court is directed to send copies of this order to the Mississippi Commission on Judicial Performance, Leflore County Court Judge James K. Littleton, and the Leflore County Circuit Clerk.

ALL JUSTICES AGREE.

SO ORDERED.

**DIGITAL SIGNATURE**
**Order#:** 261995
**Sig Serial:** 100011970
**Org:** SC
**Date:** 03/20/2026

_____
Josiah Dennis Coleman, Presiding Justice